IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID RUFFING | : | CIVIL ACTION |
| v. | : | |
| WIPRO LIMITED | : | NO. 20-5545 |

ORDER

AND NOW, this 29th day of March, 2021, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that:

(1) The motion of defendant Wipro Limited to dismiss Counts I and II of plaintiff's amended complaint for lack of personal jurisdiction is GRANTED to the extent that plaintiff seeks to bring a collective action under the Fair Labor Standards Act ("FLSA") on behalf of individuals not employed by defendant in Pennsylvania.

(2) The motion of defendant to dismiss Count II of plaintiff's amended complaint for failure to state a claim under the FLSA is DENIED.

(3) The motion of defendant to dismiss plaintiff's class allegations under the Pennsylvania Wage Payment and Collection Law is DENIED without prejudice.

(4) The motion of defendant to dismiss Count V for failure to exhaust administrative remedies under the Pennsylvania Human Relations Act is GRANTED without prejudice.

BY THE COURT:

/s/ Harvey Bartle III

_____
J.