IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID RUFFING                     :         CIVIL ACTION
                               :
     v.                        :
                               :
WIPRO LIMITED                     :         NO. 20-5545

<u>ORDER</u>

AND NOW, this 26th day of May, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiff David Ruffing for leave to amend complaint (Doc. #21) is GRANTED in part and DENIED in part; and

(2) plaintiff may file a second amended complaint, on or before June 7, 2021, in which he pleads that he brings this action on behalf of himself and other similarly-situated employees who are or were employed by defendant in Pennsylvania as non-exempt information technology employees during the time period of three years prior to the filing of this action.

BY THE COURT:

/s/ Harvey Bartle III
_____
                                             J.