```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID RUFFING                  :     CIVIL ACTION
                               :
          v.                   :
                               :
WIPRO LIMITED, et al.          ::    NO. 20-5545
```

ORDER

AND NOW, this 25th day of January, 2022, it having been reported to the court that the issues between the plaintiff and defendants have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED that this action is DISMISSED with prejudice without costs.

```
                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                 J.
```